<u>**Exhibit A**</u>
**Statement of Claim**
**Plaintiff Luis Alberto Negron**

## Unpaid Overtime Wages

| Period[1] | Weeks[1] | Average Weekly Hours Worked[1] | Regular Hourly Rate[1] | Overtime Hourly Rate[1] | Total Unpaid Overtime Wages[1,2] | Total Liquidated Damages[1] |
|---|---|---|---|---|---|---|
| 3/7/19 - 2/23/20 | 50.57 | 62.5 | $ 13.00 | $ 19.50 | $ 9,039.64 | $ 9,039.64 |
| 1/7/19 - 3/6/19 | 8.43 |  | $ 12.00 | $ 18.00 | $ 1,390.71 | $ 1,390.71 |
|  |  |  |  |  | $ 10,430.36 | $ 10,430.36 |

Total Unpaid Overtime Wages[1] = $ 10,430.36
Total Liquidated Damages[1] = $ 10,430.36
Total[1] = $ 20,860.71

[1] Numbers are averages, estimates, and/or approximates. Numbers may change as information is uncovered through the discovery process.
[2] Includes average of 2.5 overtime hours per week shorted from pay.