**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 20-cv-62382-BLOOM/Valle**

LUIS ALBERTO NEGRON,

    Plaintiff,

v.

DOUGHBOYS OF SOUTH FLORIDA, INC.
and RANDY GREENFIELD,

    Defendants.
_____/

## ORDER REFERRING CASE TO MAGISTRATE JUDGE

**THIS CAUSE** is before the Court upon the parties' Election and Consent of Assignment of All Matters, Proceedings and Motions Through and Including Trial to United States Magistrate Judge, consenting to the referral of this case to a U.S. Magistrate Judge for all further proceedings, including the trial, entry of final judgment, and all post-trial proceedings. ECF No. [13] ("Consent"). The Court has carefully reviewed the Consent and the record in this case, and is otherwise fully advised.

Accordingly, it is **ORDERED AND ADJUDGED** that

1. Pursuant to 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73, all further proceedings, including the trial, entry of final judgment, and all post-trial proceedings, shall be presided over by **United States Magistrate Judge Alicia O. Valle**.

2. The Clerk of Court shall **MODIFY** the case number, style, and docket to reflect this consent and referral.

Case No. 20-cv-62382-BLOOM/Valle

**DONE AND ORDERED** in Chambers at Miami, Florida, on January 26, 2021.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record